# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>F. GONZALES, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:09-cv-01563-LJO-GBC PC<br><br>ORDER RE REQUEST FOR COURT TO SCREEN PLAINTIFF'S COMPLAINT<br><br>(Doc. 8) |

　　Plaintiff Garrison S. Johnson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 4, 2009. (Doc. 1.) On October 28, 2010, Plaintiff filed an emergency application requesting his complaint be screened. (Doc. 8.)

　　The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the Court, and delays are inevitable despite the Court's best efforts.

　　Plaintiff's request for emergency screening of his complaint is HEREBY DENIED.

IT IS SO ORDERED.

Dated:　　November 1, 2010　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1